

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00321-CR, 04-17-00322-CR
04-17-00323-CR & 04-17-00324-CR

Logan **FIELD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16292, A16293, A16294, & A16295
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief is due on February 23, 2018. On March 6, 2018, court-appointed counsel moved for an extension of time to file Appellant's brief in these four appeals until March 26, 2018.

Appellant's motion is GRANTED. Appellant's brief is due on March 26, 2018. *See* TEX. R. APP. P. 38.6(a),(d).

Appellant shall file a single brief that includes all four appeal numbers in the style of the case. This court will maintain a separate appellate record for each appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court